1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  KEVIN T. LEVINE, an individual and on behalf of the general public,

12                                                    Plaintiff,

13          vs.

14  BIC USA, INC., a Delaware corporation, and DOES 1 through 100,

15

16                                                    Defendants.

CASE NO. 07cv1096-LAB (RBB)

**ORDER GRANTING JOINT MOTION TO FILE EXHIBIT UNDER SEAL**

[Dkt No. 22]

17          Pursuant to the stipulation of the parties that the Exhibit to the Declaration of Steve

18  Milkey in support of defendant BIC USA, Inc.'s Opposition to plaintiff's Motion to Remand For

19  Lack Of Subject Matter Jurisdiction contains proprietary and confidential sales information,

20  **IT IS HEREBY ORDERED** the Clerk of Court shall file and maintain the Milkey Declaration

21  Exhibit A under seal, and absent further Order of the court, the Exhibit shall only be

22  disclosed to counsel of record in this case and necessary court personnel.

23          **IT IS SO ORDERED**.

24  DATED:  August 9, 2007

25

26                                          **HONORABLE LARRY ALAN BURNS**
                                            United States District Judge
27

28