1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN T. LEVINE, an individual and on behalf of the general public,<br><br>                                          Plaintiff,<br><br>       vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100,<br><br>                                          Defendants. | CASE NO. 07cv1096-LAB (RBB)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND TO STRIKE FIRST AMENDED COMPLAINT**<br><br>[Dkt Nos. 16, 17] |

        Pursuant to FED. R. CIV. P. 41(a), plaintiff Kevin T. Levine has filed a Notice of Voluntary Dismissal of this action, granting plaintiffs unilateral entitlement to dismiss their filed actions prior to defendant's service of an Answer or of a motion for summary judgment. DKT No. 34. No Answer has been filed in this case, and defendant has not moved for summary judgment. **IT IS HEREBY ORDERED** the Clerk of Court shall terminate this case in its entirety and, accordingly, defendant's pending Motion To Dismiss And To Strike First Amended Complaint is **DENIED AS MOOT**.

        **IT IS SO ORDERED**.

DATED:  November 5, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge